UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ivan R.-L.,                                                        Civil NO. 18-1840(DSD/DTS)

     Petitioner,

v.                                                           **ORDER**

Secretary of Homeland Security;
Jefferson Sessions, Attorney General;
Scott Baniecke, ICE Field Office Director;
Kurt Freitag, Freeborn County Sheriff,

     Defendants.

The above matter comes before the court upon the report and recommendation of United States Magistrate Judge David T. Schultz dated December 11, 2018 (R&R). No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the R&R, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1. The petition for writ of habeas corpus [ECF No. 1] is denied as moot; and

    2. This action is dismissed without prejudice for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 7, 2019

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court